LAW OFFICE OF
PETER A. ROMERO

Peter A. Romero
promero@romerolawny.com

David D. Barnhorn
dbarnhorn@romerolawny.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/03/20

January 2, 2020

**VIA ECF**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

**Re:  Cassandra Fortune v. Bronx Center for Rehabilitation and Healthcare, LLC
Case No.  19 Civ. 10230( GHW)**

Dear Judge Woods:

    This firm represents the Plaintiff, Cassandra Fortune, in the above-referenced matter. This case is a counseled employment discrimination case.  On December 10, 2019, an order of automatic referral to mediation was entered.  We write on behalf of all parties to respectfully request that the initial conference scheduled for January 7, 2020 be adjourned *sine die* pending the outcome of the parties' mediation.  There has been no prior request to adjourn the initial conference.

    Thank you for your kind consideration of this request.

Respectfully submitted,

/s/ Peter A. Romero

PETER A. ROMERO

cc:     Diane Windholz, Esq.

Application denied.  The initial pre-trial conference will proceed as scheduled.

SO ORDERED.

Dated: January 3, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge

LAW OFFICE OF PETER A. ROMERO PLLC  ·  LABOR AND EMPLOYMENT LITIGATION
825 Veterans Hwy, Hauppauge, New York 11788  ·  (631) 257-5588  ·  overtimelawny.com