```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   CASSANDRA FORTUNE,                            :
                                                   :
                         Plaintiff,          :
                     -v-                          :          1:19-cv-10230-GHW
                                                   :
   BRONX CENTER FOR REHABILITATION   :          ORDER
   AND HEALTHCARE, LLC,                   :
                                                   :
                        Defendant.        :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       In the Civil Case Management Plan and Scheduling Order dated January 7, 2020, Dkt. No. 16, the parties were directed to submit a joint status letter to the Court no later than May 12, 2020. The Court has not received that letter. The parties are directed to comply with the Court's January 7, 2020 order forthwith, and in no event later than May 17, 2020 at 12:00 p.m.

       The status conference scheduled for May 19, 2020 at 4:00 p.m. will be held via conference call. The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically directed to comply with Emergency Rule 2(c).

       SO ORDERED.

Dated: May 14, 2020                                     _____
                                                           GREGORY H. WOODS
                                                      United States District Judge